# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**IN RE:** Detoy James III )
)
) **Bankruptcy No.** 09 B 23959
)
**Debtor(s)** )
)

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:   See Attached Service List

Please take notice that the Court will call the above-captioned case for another status hearing on __October 25, 2012 at 10:30 a.m.__ In courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, David R. Herzog is ordered to appear and provide a status at that time.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Date:   September 11, 2012

In re: Detoy James III
Bankruptcy No. 09 B 23959

# CERTIFICATE OF SERVICE

I, Lester Smith, certify that on September 11, 2012, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Relief Courtroom Deputy

## Electronic Service through CM/ECF System

represented by **David C. Nelson**
NLO Nelson Law Office
53 West Jackson Boulevard
Suite 430
Chicago, IL 60604-3648

*Trustee*

**David R Herzog**
Herzog & Schwartz PC
77 W Washington Suite 1717
Chicago, IL 60602

**U.S. Trustee**

**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

## Served through First Clasee Mail

*Debtor*
**Detoy James, III**
7229 South Calumet
Chicago, IL 60619