**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| DETOY JAMES | ) | No. 09-23959 |
| | ) | |
| Debtor. | ) | Hon. Jack Schmetter |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed R. Bankr. P 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. HERZOG, Trustee of the above styled estate, has filed a Final Report and the Trustee and the Trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the U.S. Bankruptcy Court
219 South Dearborn Street, Suite 682
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 day from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the Trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee application and the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A hearing on the fee applications and any objection to the Final Report will be held on April 16, 2013  at 9:30 a.m., before the Honorable Jack Schmetterer, in the United States Courthouse located at 219 South Dearborn Street, Courtroom 682, Chicago, IL 60604.

Date Mailed: _____         By: /s/   David R. Herzog
                                             Trustee

David R. Herzog
Trustee in Bankruptcy
77 W. Washington Street
Suite 1717
Chicago, IL 60602

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-23959-JS |
| | § | |
| DETOY  III JAMES | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*          $3,295.99
*and approved disbursements of*          $149.91
*leaving a balance on hand of[1] :*          $3,146.08

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 3 | Regions Bank dba Regions Mortgage | $83,000.52 | $83,000.52 | $0.00 | $0.00 |

Total to be paid to secured creditors:     $0.00
Remaining balance:     $3,146.08

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David R. Herzog, Trustee Fees | $824.00 | $0.00 | $824.00 |

Total to be paid for chapter 7 administrative expenses:     $824.00
Remaining balance:     $2,322.08

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $2,322.08

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $227.16 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4a | Illinois Department of Revenue | $227.16 | $0.00 | $227.16 |

Total to be paid to priority claims: $227.16
Remaining balance: $2,094.92

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $43,537.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $15,905.94 | $0.00 | $765.35 |
| 2 | Student Loan Xpress, Inc. | $22,622.60 | $0.00 | $1,088.54 |
| 4b | Illinois Department of Revenue | $91.45 | $0.00 | $4.40 |
| 4B | Illinois Department of Revenue | $4,917.88 | $0.00 | $236.63 |

Total to be paid to timely general unsecured claims: $2,094.92
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David R. Herzog
Trustee

David R. Herzog
77 W. Washington Street
Suite 1717
Chicago, IL, 60602

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                          Case No. 09-23959-JBS
Detoy James                                                                     Chapter 7
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0752-1           User: arodarte               Page 1 of 3                   Date Rcvd: Mar 20, 2013
                               Form ID: pdf006              Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2013.
db           +Detoy James, III,    7229 South Calumet,    Chicago, IL 60619-1760
14114916      A.G. Adjustments, Ltd.,    740 Walt Whitman Road,    P.O. Box 9090,    Melville, NY 11747-9090
14114917     +Ballys,   12440 E Imperial H,    Norwalk, CA 90650-3177
14114921     +Bank of America,    P.O. Box 25118,    Tampa, FL 33622-5118
14114922     +Cap One,   Pob 30281,    Salt Lake City, UT 84130-0281
14114925      Chase,   Bank One Card Serv,    Westerville, OH 43081
14114924     +Chase,   800 Brooksedge Blv,    Westerville, OH 43081-2822
15068495      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14114929      City of Chicago,    The Department of Water Management,     P.O. Box  6330,    Chicago, IL 60680-6330
14456401     +City of Chicago Dept of Revenue,    121 North LaSalle Street,     Chicago, IL 60602-1288
14114931      Crd Prt Asso,    One Galleria Tower,    Dallas, TX 75240
14114932     +Dsnb Macys,   9111 Duke Blvd,    Mason, OH 45040-8999
14114934      Eddie Bauer,    Po Box 659705,   Columbus, OH 43218
14114936     +Evergreen Park Partners LLC,    1125 Paramount Parkway,    Suite H,    Batavia, IL 60510-4422
14114938     +Hsbc/Carsn,    Pob 15521,   Wilmington, DE 19850-5521
14114939     +Illinois Department of Employment S,    527 S. Wells,    Chicago, IL 60607-3960
15360509      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
14456402      Illinois Department of Revenue,    PO Box 19035,    Springfield, IL 62794-9035
14114941     +Joyce James,   7941 South Chappel,    Chicago, IL 60617-1052
14114950     +Keisha James,   7941 South Chappel,    Chicago, IL 60617-1052
14114959     +Michelle James,    8237 South Calumet,    Chicago, IL 60619-4817
14114968     +Nbgl Carsons,    140 Industrial Dri,    Elmhurst, IL 60126-1602
14456403     +Office of the Secretary of State,    Springfield, IL 62756-0001
14456404      Paymentech,    PO Box 6800,   Hagerstown, MD 21741-6800
14114970     +Peoples Engy,    130 E Randolph,    Chicago, IL 60601-6302
14114973     +Peoples Gas,    130 East Randolph,    Suite 2400,   Chicago, IL 60601-6322
14114974      Prin Res Mtg,    Pob 711,   Des Moines, IA 50303
14456400     +Quizno's Franchising LLC,    1475 Lawrence Street,    Suite 400,    Denver, CO 80202-2219
14114976     +R & D Katz,    3100 Dundee Road,    Suite 405,   Northbrook, IL 60062-2452
15199751     +Regions Bank dba Regions Mortgage,    PO Box 1860,    Memphis, TN 38101-1860
14114978     +Rnb-Field3,    3701 Wayzata Blvd,    Minneapolis, MN 55416-3401
14114980     +Seyfarth Shaw LLP,    131 S. Dearborn #2400,    Chicago, IL 60603-5863
14114981     +Shore Bank,    7936 South Cottage Grove Avenue,    Chicago, IL 60619-3990
14114985     +Tenant at 1339 West 110th Place,    1339 West 110th Place,    Chicago, IL 60643-3615
14114986    ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
             (address filed with court: Us Dep Ed,     501 Bleeker Street,    Utica, NY 13502)
14114988      Usa Gp Lnsvs,    Pob 6179 Mc 3225,    Indianapolis, IN 46206
14114989     +Visdsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
14114991     +Xls/Cit,   Pob 94553,    Cleveland, OH 44101-4553
14114992     +Zenoff Zenoff Chartered,    53 W. Jackson Blvd,    Suite 1140,    Chicago, IL 60604-3619

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14114930     +E-mail/Text: legalcollections@comed.com Mar 21 2013 08:32:22      Com Ed,
               Attn: Bankruptcy Section,    2100 Swift Road,    Oak Brook, IL 60523-1559
14114940      E-mail/Text: cio.bncmail@irs.gov Mar 21 2013 08:31:32      Internal Revenue Service,
               ACS Support - Stop 813G,    P.O. Box 145566,    Cincinnati, OH 45250-5566
14114969      E-mail/Text: bankrup@aglresources.com Mar 21 2013 08:31:53      Nicor Gas,    P.O. Box 310,
               Aurora, IL 60507-0310
14114977     +E-mail/Text: mtg.bankruptcy@regions.com Mar 21 2013 08:32:12      Regionsm/Am,
               215 Forrest Street,    Hattiesburg, MS 39401-3476
14114979     +E-mail/PDF: pa_dc_claims@salliemae.com Mar 21 2013 08:23:11      Sallie Mae,    Po Box 9500,
               Wilkes Barre, PA 18773-9500
14114987     +E-mail/Text: jdriscoll@usemployees.org Mar 21 2013 08:33:42      Us Empl Cu,    230 S. Dearborn,
               Chicago, IL 60604-1697
14114990      E-mail/Text: Bankruptcy-Notifications@we-energies.com Mar 21 2013 08:32:39      Wi Electric,
               333 W Everett,    Milwaukee, WI 53201
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14114937      Gemb/Jcp
14114984      Teachers Credit Union
14114918*    +Ballys,   12440 E Imperial H,    Norwalk, CA 90650-3177
14114919*    +Ballys,   12440 E Imperial H,    Norwalk, CA 90650-3177
14114920*    +Ballys,   12440 E Imperial H,    Norwalk, CA 90650-3177
14114923*    +Cap One,   Pob 30281,    Salt Lake City, UT 84130-0281
14114928*    +Citimortgage,    Po Box 9438,   Gaithersburg, MD 20898-9438
14114933*    +Dsnb Macys,   9111 Duke Blvd,    Mason, OH 45040-8999
14114942*    +Joyce James,   7941 South Chappel,    Chicago, IL 60617-1052
14114943*    +Joyce James,   7941 South Chappel,    Chicago, IL 60617-1052
14114944*    +Joyce James,   7941 South Chappel,    Chicago, IL 60617-1052
14114945*    +Joyce James,   7941 South Chappel,    Chicago, IL 60617-1052
14114946*    +Joyce James,   7941 South Chappel,    Chicago, IL 60617-1052
14114947*    +Joyce James,   7941 South Chappel,    Chicago, IL 60617-1052
14114948*    +Joyce James,   7941 South Chappel,    Chicago, IL 60617-1052
```

```
District/off: 0752-1           User: arodarte              Page 2 of 3                 Date Rcvd: Mar 20, 2013
                               Form ID: pdf006             Total Noticed: 46


              ***** BYPASSED RECIPIENTS (continued) *****
14114949*      +Joyce James,    7941 South Chappel,    Chicago, IL 60617-1052
14114951*      +Keisha James,   7941 South Chappel,    Chicago, IL 60617-1052
14114952*      +Keisha James,   7941 South Chappel,    Chicago, IL 60617-1052
14114953*      +Keisha James,   7941 South Chappel,    Chicago, IL 60617-1052
14114954*      +Keisha James,   7941 South Chappel,    Chicago, IL 60617-1052
14114955*      +Keisha James,   7941 South Chappel,    Chicago, IL 60617-1052
14114956*      +Keisha James,   7941 South Chappel,    Chicago, IL 60617-1052
14114957*      +Keisha James,   7941 South Chappel,    Chicago, IL 60617-1052
14114958*      +Keisha James,   7941 South Chappel,    Chicago, IL 60617-1052
14114960*      +Michelle James,    8237 South Calumet,    Chicago, IL 60619-4817
14114961*      +Michelle James,    8237 South Calumet,    Chicago, IL 60619-4817
14114962*      +Michelle James,    8237 South Calumet,    Chicago, IL 60619-4817
14114963*      +Michelle James,    8237 South Calumet,    Chicago, IL 60619-4817
14114964*      +Michelle James,    8237 South Calumet,    Chicago, IL 60619-4817
14114965*      +Michelle James,    8237 South Calumet,    Chicago, IL 60619-4817
14114966*      +Michelle James,    8237 South Calumet,    Chicago, IL 60619-4817
14114967*      +Michelle James,    8237 South Calumet,    Chicago, IL 60619-4817
14114971*      +Peoples Engy,    130 E Randolph,    Chicago, IL 60601-6302
14114972*      +Peoples Engy,    130 E Randolph,    Chicago, IL 60601-6302
14114975*       Prin Res Mtg,    Pob 711,   Des Moines, IA 50303
14114983*      +Shore Bank,    3401 S. King Drive,    Chicago, IL 60616-4207
14114926      ##+Ciardelli & Cummings,    19 West Jackson,    Suite 300,    Chicago, IL 60604-3910
14114927      ##+Citimortgage,    Po Box 9438,   Gaithersburg, MD 20898-9438
14114935      ##+Emc Mortgage,    Po Box 141358,   Irving, TX 75014-1358
14114982      ##+Shore Bank,    3401 S. King Drive,    Chicago, IL 60616-4207
15152974      ##+Student Loan Xpress, Inc.,    c/o Education Loan Servicing Corporation,    Attn: Claims Department,
                1500 West 3rd Avenue, Suite 125,    Cleveland, OH 44113-1422
                                                                                              TOTALS: 2, * 34, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 22, 2013**               **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: arodarte              Page 3 of 3                  Date Rcvd: Mar 20, 2013
                              Form ID: pdf006             Total Noticed: 46
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2013 at the address(es) listed below:

        Christopher J Stasko   on behalf of Creditor   Regions Bank dba Regions Mortgage cstasko@fisherandshapirolaw.com, bk_il_notice@fisherandshapirolaw.com

        David C. Nelson   on behalf of Debtor Detoy James, III dcnelson@nelsonlawoffice.com, deanna.trejo@nelsonlawoffice.com;NLO6276706ECF@gmail.com

        David R Herzog   drhlaw@mindspring.com, herzogschwartz@gmail.com;il59@ecfcbis.com;drh@trustesolutions.net

        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov

        TOTAL: 4