**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case  No. 09-23959-JS |
| | § | |
| DETOY  III JAMES | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/30/2009.  The undersigned trustee was appointed on 06/30/2009.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.      The trustee realized gross receipts of                                    $3,295.99

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $8.13 |
| Bank service fees | $156.49 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $3,131.37 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

6.  The deadline for filing non-governmental claims in this case was <u>04/23/2010</u> and the deadline for filing government claims was <u>04/23/2010</u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$824.00</u>. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$824.00</u>, for a total compensation of <u>$824.00</u>[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$0.00,</u> for total expenses of <u>$0.00</u>.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>04/15/2013</u>          By:   <u>/s/ David R. Herzog</u>
                                       Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1          Exhibit A

| Case No.: | 09-23959-JS | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | JAMES, DETOY III | Date Filed (f) or Converted (c): | 06/30/2009 (f) |
| For the Period Ending: | 4/15/2013 | §341(a) Meeting Date: | 08/14/2009 |
| | | Claims Bar Date: | 04/23/2010 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | 7229 South Calumet; Chicago, | $197,500.00 | $25,000.00 | | $0.00 | FA |
| 2 | 1339 West 110th Place; Chicago, | $118,500.00 | $0.00 | | $3,294.00 | FA |
| 3 | Cash on Self | $20.00 | $0.00 | | $0.00 | FA |
| 4 | Bank of America Checking Account # | $1,000.00 | $0.00 | | $0.00 | FA |
| 5 | Security deposit for tenant at 1339 West 110th P | $1,100.00 | $0.00 | | $0.00 | FA |
| 6 | Table, Chairs, Sofa, 2 beds, kitchen utensils | $400.00 | $0.00 | | $0.00 | FA |
| 7 | Necessary Wearing Apparel | $200.00 | $0.00 | | $0.00 | FA |
| 8 | 25% interest in James 5 LLC and 25% interest in | $0.00 | $0.00 | | $0.00 | FA |
| 9 | 2003 Toyota Sequoia | $9,200.00 | $0.00 | | $0.00 | FA |
| INT | Interest Earned                         (u) | Unknown | Unknown | | $1.99 | Unknown |

TOTALS (Excluding unknown value)                                                                      Gross Value of Remaining Assets

$327,920.00          $25,000.00                    $3,295.99          $0.00

**Major Activities affecting case closing:**
Prepare final report

Initial Projected Date Of Final Report (TFR):   12/31/2011          Current Projected Date Of Final Report (TFR):   06/30/2012          /s/ DAVID R. HERZOG

DAVID R. HERZOG

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 09-23959-JS | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | JAMES, DETOY III | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | *******9462 | | Money Market Acct #: | ******4665 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 6/30/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/15/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account ********4665 | Wire in from JPMorgan Chase Bank, N.A. account ********4665 | 9999-000 | $3,292.07 | | $3,292.07 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.15 | | $3,292.22 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.20 | | $3,292.42 |
| 06/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.19 | | $3,292.61 |
| 07/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.19 | | $3,292.80 |
| 08/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.19 | | $3,292.99 |
| 09/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 | | $3,293.01 |
| 10/29/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 | | $3,293.03 |
| 11/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 | | $3,293.05 |
| 12/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 | | $3,293.07 |
| 01/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 | | $3,293.09 |
| 02/14/2011 | 11002 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2011 FOR CASE #09-23959 | 2300-000 | | $2.80 | $3,290.29 |
| 02/28/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 | | $3,290.31 |
| 03/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 | | $3,290.33 |
| 04/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 | | $3,290.35 |
| 05/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 | | $3,290.37 |
| 06/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 | | $3,290.39 |
| 07/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 | | $3,290.41 |
| 08/01/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $6.31 | $3,284.10 |
| 08/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 | | $3,284.12 |
| 08/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $3,259.12 |
| 09/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 | | $3,259.14 |
| 09/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $3,234.14 |
| 10/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 | | $3,234.16 |
| 10/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $3,209.16 |
| 11/07/2011 | | Bank of Texas | Transfer Funds | 9999-000 | | $3,209.16 | $0.00 |
| | | | **SUBTOTALS** | | $3,293.27 | $3,293.27 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| **Case No.** | 09-23959-JS | **Trustee Name:** | David R. Herzog |
| **Case Name:** | JAMES, DETOY III | **Bank Name:** | The Bank of New York Mellon |
| **Primary Taxpayer ID #:** | ******9462 | **Money Market Acct #:** | ******4665 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Money Market Account |
| **For Period Beginning:** | 6/30/2009 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 4/15/2013 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $3,293.27 | $3,293.27 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $3,292.07 | $3,209.16 | |
| | | | **Subtotal** | | $1.20 | $84.11 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $1.20 | $84.11 | |

| For the period of 6/30/2009 to 4/15/2013 | | For the entire history of the account between 04/06/2010 to 4/15/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $1.20 | Total Compensable Receipts: | $1.20 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1.20 | Total Comp/Non Comp Receipts: | $1.20 |
| Total Internal/Transfer Receipts: | $3,292.07 | Total Internal/Transfer Receipts: | $3,292.07 |
| | | | |
| Total Compensable Disbursements: | $84.11 | Total Compensable Disbursements: | $84.11 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $84.11 | Total Comp/Non Comp Disbursements: | $84.11 |
| Total Internal/Transfer Disbursements: | $3,209.16 | Total Internal/Transfer Disbursements: | $3,209.16 |

## FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-23959-JS | Trustee Name: | David R. Herzog |
| Case Name: | JAMES, DETOY III | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | ******9462 | Checking Acct #: | ******0134 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 6/30/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/15/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/07/2011 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $3,209.16 | | $3,209.16 |
| 01/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.18 | $3,203.98 |
| 02/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.16 | $3,198.82 |
| 03/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.82 | $3,194.00 |
| 03/14/2012 | 5001 | International Sureties | Bond Payment | 2300-000 | | $2.61 | $3,191.39 |
| 04/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.14 | $3,186.25 |
| 05/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.97 | $3,181.28 |
| 06/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.12 | $3,176.16 |
| 07/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.95 | $3,171.21 |
| 08/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.11 | $3,166.10 |
| 09/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.10 | $3,161.00 |
| 10/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.93 | $3,156.07 |
| 11/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.08 | $3,150.99 |
| 12/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.91 | $3,146.08 |
| 01/16/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.07 | $3,141.01 |
| 02/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.07 | $3,135.94 |
| 03/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.57 | $3,131.37 |

**SUBTOTALS**   $3,209.16   $77.79

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-23959-JS | | Trustee Name: | David R. Herzog |
| Case Name: | JAMES, DETOY III | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | ******9462 | | Checking Acct #: | ******0134 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 6/30/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/15/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $3,209.16 | $77.79 | $3,131.37 |
| | | | Less: Bank transfers/CDs | | $3,209.16 | $0.00 | |
| | | | Subtotal | | $0.00 | $77.79 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $77.79 | |

| For the period of  6/30/2009 to 4/15/2013 | | For the entire history of the account between 11/07/2011 to 4/15/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $3,209.16 | Total Internal/Transfer Receipts: | $3,209.16 |
| | | | |
| Total Compensable Disbursements: | $77.79 | Total Compensable Disbursements: | $77.79 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $77.79 | Total Comp/Non Comp Disbursements: | $77.79 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 09-23959-JS | | Trustee Name: | David R. Herzog |
| Case Name: | JAMES, DETOY III | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******9462 | | Money Market Acct #: | ******4665 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 6/30/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/15/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/28/2009 | (2) | Detoy James | Proceeds from sale of property | 1110-000 | $3,294.00 | | $3,294.00 |
| 10/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | $0.13 | | $3,294.13 |
| 11/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | $0.13 | | $3,294.26 |
| 12/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | $0.13 | | $3,294.39 |
| 01/29/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | $0.12 | | $3,294.51 |
| 02/08/2010 | 1001 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2010 FOR CASE #09-23959 | 2300-000 | | $2.72 | $3,291.79 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | $0.12 | | $3,291.91 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | $0.14 | | $3,292.05 |
| 04/06/2010 | | Wire out to BNYM account ********4665 | Wire out to BNYM account ********4665 | 9999-000 | ($3,292.07) | | ($0.02) |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | $0.02 | | $0.00 |

|  |  | **TOTALS:** | $2.72 | $2.72 | $0.00 |
|---|---|---|---|---|---|
| | **Less: Bank transfers/CDs** | ($3,292.07) | $0.00 | |
| | **Subtotal** | $3,294.79 | $2.72 | |
| | **Less: Payments to debtors** | $0.00 | $0.00 | |
| | **Net** | $3,294.79 | $2.72 | |

| **For the period of  6/30/2009 to 4/15/2013** | | **For the entire history of the account between 09/28/2009 to 4/15/2013** | |
|---|---|---|---|
| Total Compensable Receipts: | $3,294.79 | Total Compensable Receipts: | $3,294.79 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,294.79 | Total Comp/Non Comp Receipts: | $3,294.79 |
| Total Internal/Transfer Receipts: | ($3,292.07) | Total Internal/Transfer Receipts: | ($3,292.07) |
| | | | |
| Total Compensable Disbursements: | $2.72 | Total Compensable Disbursements: | $2.72 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $2.72 | Total Comp/Non Comp  Disbursements: | $2.72 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No.: | 09-23959-JS | Trustee Name: | David R. Herzog |
| Case Name: | JAMES, DETOY III | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******9462 | Money Market Acct #: | ******4665 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 6/30/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/15/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $3,295.99 | $164.62 | $3,131.37 |

**For the period of 6/30/2009 to 4/15/2013**

| | |
|---|---|
| Total Compensable Receipts: | $3,295.99 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,295.99 |
| Total Internal/Transfer Receipts: | $3,209.16 |
| | |
| Total Compensable Disbursements: | $164.62 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $164.62 |
| Total Internal/Transfer Disbursements: | $3,209.16 |

**For the entire history of the case between 06/30/2009 to 4/15/2013**

| | |
|---|---|
| Total Compensable Receipts: | $3,295.99 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,295.99 |
| Total Internal/Transfer Receipts: | $3,209.16 |
| | |
| Total Compensable Disbursements: | $164.62 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $164.62 |
| Total Internal/Transfer Disbursements: | $3,209.16 |

CLAIM ANALYSIS REPORT

| Case No. | 09-23959-JS | | | | | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|---|---|---|---|
| Case Name: | JAMES, DETOY III | | | | | | Date: | 4/15/2013 |
| Claims Bar Date: | 04/23/2010 | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | DAVID R. HERZOG<br><br>77 W. Washington Street<br>Suite 1717<br>Chicago IL 60602 | 12/27/2012 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $824.00 | $824.00 | $0.00 | $0.00 | $0.00 | $824.00 |
| 3 | REGIONS BANK DBA REGIONS MORTGAGE<br><br>PO Box 1860<br>Memphis TN 38101 | 03/04/2010 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $83,000.52 | $83,000.52 | $0.00 | $0.00 | $0.00 | $83,000.52 |
| **Claim Notes:** | (3-1) Total Payoff = &#036;82,920.20 | | | | | | | | | | | |
| 4 | ILLINOIS DEPARTMENT OF REVENUE<br><br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago IL 606640338 | 04/02/2010 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Amended | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | ILLINOIS DEPT. OF REVENUE | 04/15/2013 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $28,031.71 | $28,031.71 | $0.00 | $0.00 | $0.00 | $28,031.71 |
| 4a | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago IL 606640338 | 04/02/2010 | Claims of Governmental Units | Amended | 5800-000 | $0.00 | $227.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4A | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago IL 606640338 | 04/02/2010 | Claims of Governmental Units | Amended | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | CHASE BANK USA, N.A.<br><br>PO Box 15145<br>Wilmington DE 198505145 | 02/06/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $15,905.94 | $15,905.94 | $0.00 | $0.00 | $0.00 | $15,905.94 |

CLAIM ANALYSIS REPORT

Page No: 2

Exhibit C

| Case No. | 09-23959-JS | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | JAMES, DETOY III | Date: | 4/15/2013 |
| Claims Bar Date: | 04/23/2010 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | STUDENT LOAN XPRESS, INC. c/o Education Loan Servicing Corporation Attn: Claims Department 1500 West 3rd Avenue, Suite 125 Cleveland OH 44113 | 02/24/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $22,622.60 | $22,622.60 | $0.00 | $0.00 | $0.00 | $22,622.60 |
| 4B | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Section P.O. Box 64338 Chicago IL 606640338 | 04/02/2010 | General Unsecured § 726(a)(2) | Amended | 7100-000 | $0.00 | $4,917.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4b | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Section P.O. Box 64338 Chicago IL 606640338 | 04/02/2010 | General Unsecured § 726(a)(2) | Amended | 7100-000 | $0.00 | $91.45 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $155,621.26 | $150,384.77 | $0.00 | $0.00 | $0.00 | $150,384.77 |

CLAIM ANALYSIS REPORT

Page No:  3

Exhibit C

| | |
|---|---|
| **Case No.** | 09-23959-JS |
| **Case Name:** | JAMES, DETOY III |
| **Claims Bar Date:** | 04/23/2010 |

| | |
|---|---|
| **Trustee Name:** | David R. Herzog |
| **Date:** | 4/15/2013 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Claims of Governmental Units | $28,258.87 | $28,031.71 | $0.00 | $0.00 | $0.00 | $28,031.71 |
| General Unsecured § 726(a)(2) | $43,537.87 | $38,528.54 | $0.00 | $0.00 | $0.00 | $38,528.54 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $83,000.52 | $83,000.52 | $0.00 | $0.00 | $0.00 | $83,000.52 |
| Trustee Compensation | $824.00 | $824.00 | $0.00 | $0.00 | $0.00 | $824.00 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:       09-23959-JS
Case Name:      DETOY  III JAMES
Trustee Name:   David R. Herzog

Balance on hand:  _____ $3,131.37

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 3 | Regions Bank dba Regions Mortgage | $83,000.52 | $83,000.52 | $0.00 | $0.00 |

Total to be paid to secured creditors:  _____ $0.00
Remaining balance:  _____ $3,131.37

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David R. Herzog, Trustee Fees | $824.00 | $0.00 | $824.00 |

Total to be paid for chapter 7 administrative expenses:  _____ $824.00
Remaining balance:  _____ $2,307.37

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:  _____ $0.00
Remaining balance:  _____ $2,307.37

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $28,031.71 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. | Interim | Proposed |
|---|---|---|---|---|

| | | of Claim | Payments to Date | Payment |
|---|---|---|---|---|
| 42 | Illinois Dept. of Revenue | $28,031.71 | $0.00 | $2,307.37 |

Total to be paid to priority claims:     $2,307.37
Remaining balance:     $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $38,528.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $15,905.94 | $0.00 | $0.00 |
| 2 | Student Loan Xpress, Inc. | $22,622.60 | $0.00 | $0.00 |
| 4b | Illinois Department of Revenue | $0.00 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims:     $0.00
Remaining balance:     $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:     $0.00
Remaining balance:     $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |