UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § Case No. 09-23959-JS
§
DETOY III JAMES §
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David R. Herzog, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | $0.00 |
| Total Distributions to Claimants: | $2,307.37 | Claims Discharged Without Payment: | $64,252.88 |
| Total Expenses of Administration: | $988.62 | | |

3) Total gross receipts of $3,295.99 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $3,295.99 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $83,000.52 | $83,000.52 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $988.62 | $988.62 | $988.62 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $28,258.87 | $28,031.71 | $2,307.37 |
| General Unsecured Claims (from **Exhibit 7**) | NA | $43,537.87 | $38,528.54 | $0.00 |
| **Total Disbursements** | NA | $155,785.88 | $150,549.39 | $3,295.99 |

4). This case was originally filed under chapter 7 on 06/30/2009. The case was pending for 46 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>12/31/2013</u>     By:  <u>/s/ David R. Herzog</u>
                                       Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 1339 West 110th Place; Chicago, | 1110-000 | $3,294.00 |
| Interest Earned | 1270-000 | $1.99 |
| **TOTAL GROSS RECEIPTS** | | **$3,295.99** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Regions Bank dba Regions Mortgage | 4110-000 | NA | $83,000.52 | $83,000.52 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | NA | $83,000.52 | $83,000.52 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David R. Herzog, Trustee | 2100-000 | NA | $824.00 | $824.00 | $824.00 |
| International Sureties | 2300-000 | NA | $8.13 | $8.13 | $8.13 |
| Bank of Texas | 2600-000 | NA | $75.18 | $75.18 | $75.18 |
| The Bank of New York Mellon | 2600-000 | NA | $81.31 | $81.31 | $81.31 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $988.62 | $988.62 | $988.62 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Illinois Department of Revenue | 5800-000 | NA | $0.00 | $0.00 | $0.00 |
| 4a | Illinois | 5800-000 | NA | $227.16 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4A | Illinois Department of Revenue | 5800-000 | NA | $0.00 | $0.00 | $0.00 |
| 42 | Illinois Dept. of Revenue | 5800-000 | NA | $28,031.71 | $28,031.71 | $2,307.37 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $28,258.87 | $28,031.71 | $2,307.37 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | NA | $15,905.94 | $15,905.94 | $0.00 |
| 2 | Student Loan Xpress, Inc. | 7100-000 | NA | $22,622.60 | $22,622.60 | $0.00 |
| 4b | Illinois Department of Revenue | 7100-000 | NA | $91.45 | $0.00 | $0.00 |
| 4B | Illinois Department of Revenue | 7100-000 | NA | $4,917.88 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $43,537.87 | $38,528.54 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1          Exhibit 8

| Case No.: | 09-23959-JS | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | JAMES, DETOY III | Date Filed (f) or Converted (c): | 06/30/2009 (f) |
| For the Period Ending: | 12/31/2013 | §341(a) Meeting Date: | 08/14/2009 |
| | | Claims Bar Date: | 04/23/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  7229 South Calumet; Chicago, | $197,500.00 | $25,000.00 | | $0.00 | FA |
| 2  1339 West 110th Place; Chicago, | $118,500.00 | $0.00 | | $3,294.00 | FA |
| 3  Cash on Self | $20.00 | $0.00 | | $0.00 | FA |
| 4  Bank of America Checking Account # | $1,000.00 | $0.00 | | $0.00 | FA |
| 5  Security deposit for tenant at 1339 West 110th P | $1,100.00 | $0.00 | | $0.00 | FA |
| 6  Table, Chairs, Sofa, 2 beds, kitchen utensils | $400.00 | $0.00 | | $0.00 | FA |
| 7  Necessary Wearing Apparel | $200.00 | $0.00 | | $0.00 | FA |
| 8  25% interest in James 5 LLC and 25% interest in | $0.00 | $0.00 | | $0.00 | FA |
| 9  2003 Toyota Sequoia | $9,200.00 | $0.00 | | $0.00 | FA |
| INT  Interest Earned     (u) | Unknown | Unknown | | $1.99 | Unknown |

**TOTALS (Excluding unknown value)**                                                                                                **Gross Value of Remaining Assets**

$327,920.00          $25,000.00               $3,295.99          $0.00

**Major Activities affecting case closing:**
Prepare final report

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2011 | **Current Projected Date Of Final Report (TFR):** | 06/30/2012 | /s/ DAVID R. HERZOG |
|---|---|---|---|---|
| | | | | DAVID R. HERZOG |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-23959-JS | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | JAMES, DETOY III | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***9462 | Money Market Acct #: | ******4665 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Money Market Account |
| For Period Beginning: | 6/30/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/31/2013 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2010 |  | Wire in from JPMorgan Chase Bank, N.A. account ********4665 | Wire in from JPMorgan Chase Bank, N.A. account ********4665 | 9999-000 | $3,292.07 |  | $3,292.07 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.15 |  | $3,292.22 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.20 |  | $3,292.42 |
| 06/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.19 |  | $3,292.61 |
| 07/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.19 |  | $3,292.80 |
| 08/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.19 |  | $3,292.99 |
| 09/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 |  | $3,293.01 |
| 10/29/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 |  | $3,293.03 |
| 11/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 |  | $3,293.05 |
| 12/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 |  | $3,293.07 |
| 01/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 |  | $3,293.09 |
| 02/14/2011 | 11002 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2011 FOR CASE #09-23959 | 2300-000 |  | $2.80 | $3,290.29 |
| 02/28/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 |  | $3,290.31 |
| 03/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 |  | $3,290.33 |
| 04/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 |  | $3,290.35 |
| 05/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 |  | $3,290.37 |
| 06/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 |  | $3,290.39 |
| 07/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 |  | $3,290.41 |
| 08/01/2011 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | $6.31 | $3,284.10 |
| 08/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 |  | $3,284.12 |
| 08/31/2011 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | $25.00 | $3,259.12 |
| 09/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 |  | $3,259.14 |
| 09/30/2011 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | $25.00 | $3,234.14 |
| 10/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 |  | $3,234.16 |
| 10/31/2011 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | $25.00 | $3,209.16 |
| 11/07/2011 |  | Bank of Texas | Transfer Funds | 9999-000 |  | $3,209.16 | $0.00 |
|  |  |  | SUBTOTALS |  | $3,293.27 | $3,293.27 |  |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2      Exhibit 9

| Case No. | 09-23959-JS | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- |
| Case Name: | JAMES, DETOY III | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***9462 | Money Market Acct #: | ******4665 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Money Market Account |
| For Period Beginning: | 6/30/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/31/2013 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |  |  |  |
| --- | --- | --- | --- | --- | --- | --- | --- |
|  |  |  | TOTALS: |  | $3,293.27 | $3,293.27 | $0.00 |
|  |  |  | Less: Bank transfers/CDs |  | $3,292.07 | $3,209.16 |  |
|  |  |  | Subtotal |  | $1.20 | $84.11 |  |
|  |  |  | Less: Payments to debtors |  | $0.00 | $0.00 |  |
|  |  |  | Net |  | $1.20 | $84.11 |  |

**For the period of 6/30/2009 to 12/31/2013**

| | |
| --- | --- |
| Total Compensable Receipts: | $1.20 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1.20 |
| Total Internal/Transfer Receipts: | $3,292.07 |
| | |
| Total Compensable Disbursements: | $84.11 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $84.11 |
| Total Internal/Transfer Disbursements: | $3,209.16 |

**For the entire history of the account between 04/06/2010 to 12/31/2013**

| | |
| --- | --- |
| Total Compensable Receipts: | $1.20 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1.20 |
| Total Internal/Transfer Receipts: | $3,292.07 |
| | |
| Total Compensable Disbursements: | $84.11 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $84.11 |
| Total Internal/Transfer Disbursements: | $3,209.16 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 09-23959-JS | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | JAMES, DETOY III | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***9462 | Checking Acct #: | ******0134 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 6/30/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/31/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/07/2011 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $3,209.16 | | $3,209.16 |
| 01/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.18 | $3,203.98 |
| 02/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.16 | $3,198.82 |
| 03/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.82 | $3,194.00 |
| 03/14/2012 | 5001 | International Sureties | Bond Payment | 2300-000 | | $2.61 | $3,191.39 |
| 04/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.14 | $3,186.25 |
| 05/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.97 | $3,181.28 |
| 06/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.12 | $3,176.16 |
| 07/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.95 | $3,171.21 |
| 08/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.11 | $3,166.10 |
| 09/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.10 | $3,161.00 |
| 10/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.93 | $3,156.07 |
| 11/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.08 | $3,150.99 |
| 12/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.91 | $3,146.08 |
| 01/16/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.07 | $3,141.01 |
| 02/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.07 | $3,135.94 |
| 03/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.57 | $3,131.37 |
| 04/16/2013 | 5002 | David R. Herzog | Trustee Compensation | 2100-000 | | $824.00 | $2,307.37 |
| 04/16/2013 | 5003 | Illinois Dept. of Revenue | Distribution Dividend: 8.23; Account Number: ; | 5800-000 | | $2,307.37 | $0.00 |
| 08/22/2013 | 5003 | STOP PAYMENT: Illinois Dept. of Revenue | Distribution Dividend: 8.23; Account Number: ; | 5800-004 | | ($2,307.37) | $2,307.37 |
| 08/22/2013 | 5004 | Clerk of the Bankruptcy Court | | 5800-000 | | $2,307.37 | $0.00 |

| | | | | SUBTOTALS | $3,209.16 | $3,209.16 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-23959-JS | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | JAMES, DETOY III | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***9462 | Checking Acct #: | ******0134 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 6/30/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/31/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | TOTALS: | | $3,209.16 | $3,209.16 | $0.00 |
|  |  |  | Less: Bank transfers/CDs | | $3,209.16 | $0.00 | |
|  |  |  | Subtotal | | $0.00 | $3,209.16 | |
|  |  |  | Less: Payments to debtors | | $0.00 | $0.00 | |
|  |  |  | Net | | $0.00 | $3,209.16 | |

**For the period of 6/30/2009 to 12/31/2013**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $3,209.16 |
| | |
| Total Compensable Disbursements: | $3,209.16 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,209.16 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/07/2011 to 12/31/2013**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $3,209.16 |
| | |
| Total Compensable Disbursements: | $3,209.16 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,209.16 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 5 Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-23959-JS | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | JAMES, DETOY III | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | **-***9462 | Money Market Acct #: | ******4665 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 6/30/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/31/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/28/2009 | (2) | Detoy James | Proceeds from sale of property | 1110-000 | $3,294.00 | | $3,294.00 |
| 10/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.13 | | $3,294.13 |
| 11/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.13 | | $3,294.26 |
| 12/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.13 | | $3,294.39 |
| 01/29/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.12 | | $3,294.51 |
| 02/08/2010 | 1001 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2010 FOR CASE #09-23959 | 2300-000 | | $2.72 | $3,291.79 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.12 | | $3,291.91 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.14 | | $3,292.05 |
| 04/06/2010 | | Wire out to BNYM account ********4665 | Wire out to BNYM account ********4665 | 9999-000 | ($3,292.07) | | ($0.02) |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $0.02 | | $0.00 |
| | | | **TOTALS:** | | $2.72 | $2.72 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | ($3,292.07) | $0.00 | |
| | | | **Subtotal** | | $3,294.79 | $2.72 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $3,294.79 | $2.72 | |

| For the period of 6/30/2009 to 12/31/2013 | | For the entire history of the account between 09/28/2009 to 12/31/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,294.79 | Total Compensable Receipts: | $3,294.79 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,294.79 | Total Comp/Non Comp Receipts: | $3,294.79 |
| Total Internal/Transfer Receipts: | ($3,292.07) | Total Internal/Transfer Receipts: | ($3,292.07) |
| | | | |
| Total Compensable Disbursements: | $2.72 | Total Compensable Disbursements: | $2.72 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2.72 | Total Comp/Non Comp Disbursements: | $2.72 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-23959-JS | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | JAMES, DETOY III | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | **-***9462 | Money Market Acct #: | ******4665 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 6/30/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/31/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $3,295.99 | $3,295.99 | $0.00 |

**For the period of 6/30/2009 to 12/31/2013**

| | |
|---|---|
| Total Compensable Receipts: | $3,295.99 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,295.99 |
| Total Internal/Transfer Receipts: | $3,209.16 |
| | |
| Total Compensable Disbursements: | $3,295.99 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,295.99 |
| Total Internal/Transfer Disbursements: | $3,209.16 |

**For the entire history of the case between 06/30/2009 to 12/31/2013**

| | |
|---|---|
| Total Compensable Receipts: | $3,295.99 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,295.99 |
| Total Internal/Transfer Receipts: | $3,209.16 |
| | |
| Total Compensable Disbursements: | $3,295.99 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,295.99 |
| Total Internal/Transfer Disbursements: | $3,209.16 |